CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 3 0 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DENNIS LOYD NEWMAN,<br>    Plaintiff, | ) ) ) | Civil Action No. 7:15-cv-00482 |
| v. | ) ) | **ORDER** |
| WILLIAM WILSON,<br>    Defendant. | ) ) ) | By:  Hon. Michael F. Urbanski<br>      United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1) and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This 30th day of November, 2015.

/s/ Michael F. Urbanski
United States District Judge